UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all other similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:24 CV 1222 ACL |
| vs. | ) ) |
| CORELIGHT SECURITY, INC., | ) ) |
| Defendant. | ) |

# ORDER

On January 29, 2025, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice (Doc. 16), in which they notified the Court that the claims asserted in this action against Defendant Corelight Security, Inc. are dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice.**

Dated this 30th day of January, 2025.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE